COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Clara B. PARKER, Executrix, Estate of George D. Parker, Deceased, Respondent.

No. 7804.

Circuit Court of Appeals, Ninth Circuit.

March 18, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Dempsey & Mackay, of Los Angeles, Cal., for respondent.

Before WILBUR and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review dismissed; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Clarence G. TROUP, Respondent.

No. 5279.

Circuit Court of Appeals, Seventh Circuit.

Jan. 29, 1935.

Frank J. Wideman, Asst. Atty. Gen., and James W. Morris and Lucius A. Buck, Sp. Assts. to Atty. Gen., for petitioner.

H. B. McCawley, W. W. Grimes, and E. W. Shinn, all of Washington, D. C., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

This case involves claimed income tax deductions allowed by the Board of Tax Appeals to respondent and others, including Benjamin W. Dyer. A similar appeal from the same order was prosecuted by the Commissioner in the Second Circuit. The facts in that case are the same as the facts in this case and the same questions are involved. This appeal is reversed and remanded, with directions to decree the asserted deficiencies upon the authority of Commissioner of Internal Revenue v. Benjamin W. Dyer (C. C. A.) 74 F.(2d) 685.